Gigi

 Fourth Court of Appeals
 San Antonio, Texas
 May 14, 2015

 No. 04-14-00721-CV

 Andrés RAMOS Jr.,
 Appellant

 v.

 Gigi CASTANEDA,
 Appellee

 From the County Court, Maverick County, Texas
 Trial Court No. 3220
 Honorable Ron Carr, Judge Presiding

 ORDER
Sitting: Patricia O. Alvarez, Justice
 Luz Elena D. Chapa, Justice
 Jason K. Pulliam, Justice

 This court issued its opinion and judgment on March 18, 2015. Pro se appellant Andrés
Ramos Jr. filed a letter with this court which we construed as a motion for rehearing. On April
10, 2015, we denied the motion for rehearing without issuing a new opinion or modifying or
vacating the March 18, 2015 judgment. See TEX. R. APP. P. 49.3, 49.5.
 On May 8, 2015, acting pro se, Appellant filed a letter which we construe as a second
motion for rehearing and in the alternative a request for a refund of his court costs. Because our
April 10, 2015 decision on Appellant’s first motion for rehearing did not meet any of the criteria
for a further motion for rehearing, see id. R. 49.5, Appellant’s second motion for rehearing was
not timely filed, see id. R. 49.1.
 All relief requested by Appellant’s second motion for rehearing is DENIED. See TEX. R.
APP. P. 49.7.

 _________________________________
 Patricia O. Alvarez, Justice
 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 14th day of May, 2015.

 ___________________________________
 Keith E. Hottle
 Clerk of Court